FRANK GALLAGHER and Another, Respondents, v. FINCH, PRUYN & COMPANY, INC., Appellant.— Judgment and order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. WILLIAM GRATTIN, Respondent, v. C. H. FINNEY & SONS and Another, Appellants.—Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. GUSTAVE GIESE, Respondent, v. UNITED STATES TRUCKING CORPORATION, Appellant.—Award unanimously affirmed, with costs to the State Industrial Board.

MARY L. HERMANCE, Respondent, v. BENJAMIN SEIDES, Appellant, Impleaded with Another, Defendant. LOUIS R. HERMANCE, Respondent, v. BENJAMIN SEIDES, Appellant, Impleaded with Another, Defendant.— Judgments unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. DELIA JENNINGS, Respondent, v. FILLMORE BUILDING CORPORATION and Another, Appellants.—Award unanimously affirmed, with costs to the State Industrial Board.

Before STATE INDUSTRIAL BOARD, Respondent. GEORGE LIPCO, Respondent, v. WHITE WRECKING COMPANY and Another, Appellants.—Award unanimously affirmed, with costs to the State Industrial Board.

ROSE MILLER, Respondent, v. ALBERT DAUCH, Appellant.— Order unanimously affirmed, with costs.

In the Matter of the Application of FRANK P. KEENAN, Appellant, for a Peremptory Mandamus Order or Alternative Order Directed to FREDERICK STUART GREENE, State Superintendent of Public Works of the State of New York, and Another, Respondents.— Order unanimously affirmed, with costs.

Before STATE INDUSTRIAL BOARD, Respondent. THOMAS MATZURA, Respondent, v. OTIS ELEVATOR COMPANY and Another, Appellants.—Award reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that the enlargement of the right inguinal ring of which the claimant suffered was not due to the accident; and upon the further ground that the claimant's disability to work did not exceed a period of eight weeks. All concur.

Before STATE INDUSTRIAL BOARD, Respondent. ANTHONY MALVASIO, Respondent, v. SAM SCHWARTZ and Another, Appellants.—Awards reversed and matter remitted, with costs against the State Industrial Board to abide the event, on the ground that there is no evidence to support the findings as to claimant's earning capacity during the period of the awards; and on the further ground that the undisputed testimony shows that claimant neglected treatments which if taken would have cleared up the disability prior to the expiration of the last award. All concur.

ROBERT E. PATTERSON, Appellant, v. FRED E. COLBURN, Respondent.— Judgment unanimously affirmed, with costs.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. BANNER LAND CO., INC., Relator, v. STATE TAX COMMISSION, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements, on the authority of *People ex rel. U. S. Title Guaranty Co.* v. *State Tax Commission* (230 N. Y. 102); *Matter of New York State Gas & Electric Corporation* v. *Gilchrist* (209 App. Div. 771; affd. on opinion of Kellogg, J., 240 N. Y. 552).